IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ULYSSES ALEXANDER RIOS,** | Case No. C 15-1357 BLF (PR) |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **S. FRAUENHEIM, Warden,** | |
| Respondent. | |

    IT IS HEREBY ORDERED that the time within which respondent is to file a response to this Court's Order to Show Cause filed March 6, 2020, will be extended to July 6, 2020. Petitioner's response shall be filed within thirty (30) days of the date the response is filed.

Dated:  May 7, 2020

*/s/ Beth Labson Freeman*
The Honorable Beth Labson Freeman
Unites States District Judge

1