UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULYSSES ALEXANDER RIOS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>S. FRAUENHEIM, Warden,<br><br>　　　　Respondent. | Case No. 15-01357 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br><br>(Docket No. 46) |

Petitioner, a state prisoner proceeding *pro se*, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction out of Santa Clara County. The stay in the matter was lifted, and the matter reopened on March 6, 2020. Dkt. No. 39. Respondent filed an answer on the merits on June 15, 2020. Dkt. No. 44. Because it appeared that there was a clerical error in the mail that was sent to Petitioner, the Clerk of the Court resent copies of the last court orders to Petitioner at his correct address on September 1, 2020. Dkt. No. 45. Petitioner has now filed a motion for an extension of time to file a traverse, citing extremely limited access to the law library due to COVID-19. Dkt. No. 46. Good cause appearing, the motion is GRANTED. Petitioner shall file a traverse **no later than forty-five (45) days from the date this order is filed.**

This order terminates Docket No. 46.

**IT IS SO ORDERED.**

DATED:   October 7, 2020

BETH LABSON FREEMAN
United States District Judge

Order Granting Mot. for EOT to file Traverse
P:\PRO-SE\BLF\HC.15\01357Rios_eot-trav.docx