UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULYSSES ALEXANDER RIOS,<br><br>Petitioner,<br><br>v.<br><br>SCOTT FRAUENHEIM, Warden,<br><br>Respondent. | Case No. 15-01357 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO FILE TRAVERSE**<br><br>(Docket No. 49) |

Petitioner, a state prisoner proceeding *pro se*, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction out of Santa Clara County. Respondent filed an answer on June 15, 2020.  Dkt. No. 44.  Petitioner has filed a motion for a second extension of time to file a traverse due to lack of legal resources and facility lockdown related to COVID-19 pandemic.  Dkt. No. 49.  Good cause appearing, the motion is GRANTED.  Petitioner shall file a traverse **no later than forty-five (45) days from the date this order is filed.**

This order terminates Docket No. 49.

**IT IS SO ORDERED.**

DATED:   December 30, 2020

BETH LABSON FREEMAN
United States District Judge

Order Granting Mot. for 2nd EOT to file Traverse
P:\PRO-SE\BLF\HC.15\01357Rios_2nd.eot-trav.docx

1