UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULYSSES ALEXANDER RIOS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SCOTT FRAUENHEIM, Warden,<br><br>　　　　Respondent. | Case No. 15-01357 BLF (PR)<br><br>**ORDER DENYING MOTION FOR STAY; GRANTING THIRD EXTENSION OF TIME TO FILE TRAVERSE**<br><br>(Docket No. 51) |

Petitioner, a state prisoner proceeding *pro se*, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction out of Santa Clara County. Respondent filed an answer on June 15, 2020. Dkt. No. 44. After being granted a second extension of time, Petitioner's traverse was due by February 11, 2021. Dkt. No. 50. On February 8, 2021, Petitioner filed a motion for a motion for stay and abeyance under "*Rhines v. Webber*, 125 S. Ct. 1528 (2008)," stating that lack of access to the law library due to the pandemic makes it impossible for him to file a proper traverse. Dkt. No. 51.

The motion for an indefinite stay is DENIED. First of all, a stay under *Rhines* is appropriate when a petitioner has shown good cause to return to state courts to exhaust potentially meritorious claims that were unexhausted at the time a federal habeas action was filed. *Rhines v. Weber*, 544 U.S. 269, 277-78 (2005). This is not the situation that

Petitioner faces. Accordingly, a stay under *Rhines* is not applicable. Furthermore, the Court recognizes that despite challenges presented by the pandemic, other actions filed by prisoners in *pro se* have been steadily proceeding. Accordingly, the motion for an indefinite stay until the pandemic passes is DENEID.

In the interest of justice, Petitioner shall be granted a third extension of time to file a traverse. Petitioner shall file a traverse **no later than fifty-six (56) days from the date this order is filed.** Petitioner may continue to file requests for additional time as needed, but he must continue to make a good faith effort to prosecute this action in a diligent manner.

This order terminates Docket No. 51.

**IT IS SO ORDERED**

Dated: _February 19, 2021__

BETH LABSON FREEMAN
United States District Judge

Order Denying Stay; Granting 3rd EOT to file Trav
P:\PRO-SE\BLF\HC.15\01357Rios 3rd.eot-trav.docx