UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULYSSES ALEXANDER RIOS, Petitioner, v. SCOTT FRAUENHEIM, Warden, Respondent. | Case No. 15-01357 BLF (PR) **ORDER GRANTING FOURTH AND FINAL EXTENSION OF TIME TO FILE TRAVERSE** (Docket No. 53) |

Petitioner, a state prisoner proceeding *pro se*, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction out of Santa Clara County. Respondent filed an answer on June 15, 2020. Dkt. No. 44. Since then, Petitioner has been granted three generous extensions of time to file a traverse, such that the latest deadline was April 16, 2021. Dkt. Nos. 47, 50, 52.

Petitioner has filed a motion for another extension of time, stating that he has been facing sporadic lockdowns at the prison but that access to the law library has increased. Dkt. No. 53 at 1. He states that he has been diligently working to finalize his traverse. *Id.* Good cause appearing, the motion is GRANTED. Petitioner shall file a traverse **no later than sixty (60) days from the date this order is filed.**

**This being Petitioner's fourth extension of time, no further extensions of time**

**to file a traverse will be granted.** The matter will be deemed submitted on the date Petitioner's traverse is due.

This order terminates Docket No. 53.

**IT IS SO ORDERED**

Dated: __April 28, 2021_____

BETH LABSON FREEMAN
United States District Judge

Order Granting 4th and Final EOT to file Trav
P:\PRO-SE\BLF\HC.15\01357Rios 4.eot-trav.docx

2