UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULYSSES ALEXANDER RIOS,<br><br>Petitioner,<br><br>v.<br><br>RON GODWIN, Acting Warden,<br><br>Respondent. | Case No. 15-1357 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order denying the petition for a writ of habeas corpus, judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

Dated: _September 13, 2021__

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Case No. 15-1357 BLF (PR)
JUDGMENT